85404236.001/FED391/09/27/2012/

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LARRY RUMBOUGH

      Plaintiff,
vs.                      CASE NUMBER: 6:12-CV-812-ORL-22DAB

TRANS UNION LLC and
LAW OFFICES OF ERSKINE & FLEISHER

      Defendant.
_____/

## MOTION FOR ENLARGMENT OF TIME TO FILE CASE MANAGEMENT CONFERENCE REPORT

COMES NOW, the Defendant, ERSKINE & FLEISHER, by and through its undersigned Counsel and pursuant to Rule 6(b), of the Federal Rules of Civil Procedure and all other applicable Rules and hereby moves this Court for an enlargement of time within which to file the Case Management Report and states the following, to wit:

1. The parties in the above cause met for the case management conference on Friday September 14th, 2012.

2. The parties agreed to most items presented. Plaintiffs counsel was to procure some information regarding the proposed standards for ESI discovery and the full contact information for a mediator he proposed.

3. The undersigned was charged with the responsibility of drafting the final report upon receipt of the information.

4. Just after the undersigned was out for a religious holiday on September 17th the undersigned made a requests to all counsel (on September19th), to have the information sent to same before the next holiday for same which was yesterday. Having not heard from Plaintiffs counsel the undersigned advised same on September 25th, that the undersigned would possibly file a report without the information or seek an extension to file the case management report (to date the undersigned has not received a reply or objection).

5. Counsel for Transunion supplied to the undersigned his proposal for ESI discovery in the evening of September 26th and yesterday when the undersigned was out for a religious holiday. The undersigned has not had time to craft the final report and submit it for approval to all counsel and cannot do so so within the time prescribed by the rules of this court given the above. That in accordance with local rules, the undersigned contacted counsel for the Plaintiff and Transunion. Counsel for Transunion has no objection to an extension. There has been no objection proffered by Plaintiffs counsel per a note sent to same on September 25th, nor has he sent the information noted.

### ***MEMORANDUM OF LAW***

6. Pursuant to <u>Rule 6(b) of the Federal Rules of Civil Procedure</u> this Court is given wide latitude within which to grant additional time within which to allow a party to respond to certain acts in civil proceedings. See <u>Jenkins v. Commonwealth Land Title Ins. Co.</u>, 95 F.3d. 791 (9th Cir. 1996) and <u>Choi v. Chemical Bank</u>, 939 F.Supp. 304 (D.C.N.Y., 1996). Normally a request for an extension of time pursuant to <u>Rule 6(b) of the Federal Rules of Civil Procedure</u> will be granted in the absence of bad faith or prejudice to an opposing party. See <u>4A Right and Miller, Federal Practice and Procedure, Civil §1165</u>.

7. The amount of time sought by the undersigned on behalf of the Defendant is for a brief period of time and counsel will try to of course expedite a reply should his time be permitted for same. Given the circumstances at hand, neither the Plaintiff nor the Court will suffer any prejudice if this motion is granted. The undersigned believes that he has demonstrated good cause for an enlargement of time and certifies that this Motion is has been made in good faith. By virtue of the foregoing, it is the belief of the undersigned that the request for an enlargement of time is warranted under the circumstances.

WHEREFORE, all premises considered, it is request of the Defendant that this Honorable Court grant an enlargement of time up through and including October 15th, 2012 within which to allow the Defendants to file the Case Management Report in the above captioned cause and to grant any and all further relief this Honorable Court deems just and proper.

## CERTIFICATION

The undersigned hereby certifies that in accordance with Local Rule 3.01 that the undersigned made appropriate efforts to reach the opposing party via email to determine if same had any objection to the foregoing and the undersigned has not received an objection to same by Plaintiffs Counsel and Counsel for Trans Union agrees with the request.

Respectfully Submitted By:
Stanley B. Erskine, Esquire
The Law Offices
ERSKINE & FLEISHER
Attorneys for Defendant
Suite 300, 55 Weston Road
Fort Lauderdale, Florida 33326
Telephone No. (954) 384-1490
Telecopier No. (954) 384-4088
Email: Stanley_Erskine@Eflaw.net

By: _____
Stanley B. Erskine, Esquire

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Enlargement of Time was electronically filed with the Clerk of the above Court by using the CM/ECF system on the 27th day of September, 2012 which will send notice of the electronic filing of the foregoing to the Plaintiff's Counsel

By: _____
Stanley B. Erskine, Esquire