**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LARRY RUMBOUGH,**

       **Plaintiff,**

**v.**                                                **Case No:  6:12-cv-812-Orl-22DAB**

**TRANS UNION LLC and LAW**
**OFFICES OF ERSKINE & FLEISHER,**

       **Defendants.**

# Order of Reference

This case is hereby referred to the Magistrate Judge to conduct a preliminary pretrial conference, and for issuance of a Case Management and Scheduling Order.

**DONE** and **ORDERED** in Chambers at Orlando, Florida on October 22, 2012.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party