**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LARRY RUMBOUGH,

    Plaintiff,

                                          Case No. 6:12-cv-812-Orl-22 DAB

-v-

TRANS UNION, LLC, LAW OFFICES
OF ERSKINE & FLEISHER

    Defendants.

**PLAINTIFF'S MOTION FOR EXPANSION OF TIME TO FILE AMENDED COMPLAINT**

Plaintiff, Larry Rumbough, by and through his attorney of record, J. Marshall Gilmore, moves for an extension of time to file the Amended Complaint and for grounds, Plaintiff states as follows:

1. The court entered an Order that the Plaintiff file an amended complaint by November 14, 2012 to deal with issues raised in pleadings filed by the Defendants.

2. Plaintiff is needing additional time to respond adequately to the Courts order by amending this complaint.

3. Allowing additional time will not prejudice any other setting in this matter or cause undue delay.

WHEREFORE, Plaintiff requests that the Court to extend the time to allow 2 weeks additional days to file his amended complaint.

Dated: November 14, 2012

                              Respectfully submitted,

                              __/s/J. Marshall Gilmore_____
                              J. Marshall Gilmore
                              Florida Bar No. 840181
                              1936 Lee Road, Suite 100
                              Winter Park, FL 32789
                              (407) 629-7322
                              (407) 599-3801 fax
                              mgilmore@mgilmorelaw.com

## CERTIFICATE OF CONFERENCE: LOCAL RULE 301(g)

I hereby certify that I attempted to confer with both opposing counsel of record on the substance of foregoing Motion and that opposing counsel Erskine was unable to be reached and opposing counsel Brian Smith was conferred with but was unable to obtain the consent of his client in time to recite their approval or non-approval to the relief requested in the Motion.

                              ___s/ J. Marshall Gilmore_____
                              J. Marshall Gilmore, Esq,
                              Attorney for Movant/Plaintiff

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered this 14th day of November 2012 electronically via Clerk of the Court by CM/ECF delivery to all parties of record.

                              _/s/J. Marshall Gilmore_____
                              J. Marshall Gilmore, Esq.