UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LARRY RUMBOUGH,**

      **Plaintiff,**

v.   Case No:  6:12-cv-812-Orl-22DAB

**TRANS UNION LLC and LAW OFFICES OF ERSKINE & FLEISHER,**

      **Defendants.**
_____/

# ORDER

This cause comes before the Court on "The Law Offices of Erskine & Fleisher [sic] ("Defendant") Motion to Dismiss and Motion to Strike a Sham Pleading and Renewed Motion to Take Judicial Notice in Support Thereof" (Doc. No. 37), filed on December 15, 2012. Plaintiff Larry Rumbough's ("Plaintiff") failed to file a response to this motion.

After reviewing the Defendant's motion, the Court finds that Defendant's arguments can be addressed more properly at the summary judgment stage.  However, the Court notes that Defendant's motion is not the model of clarity.

Although the Court is denying the Defendant's motion, the Court must reiterate that the level of practice exhibited by Plaintiff's counsel continues to fall well below the level of practice expected before this Court.  In the present action and in related cases, Plaintiff's counsel repeatedly fails to follow the Court's orders and fails to comply with the *Federal Rules of Civil Procedure*.  In the present action, Plaintiff's counsel failed to file a response to the present motion.  The Court forewarns Plaintiff's counsel that he must be more diligent and thorough when practicing before this Court.

Therefore, based on the foregoing, it is **ORDERED** as follows:

1. "The Law Offices of Erskine & Fleisher [sic] Motion to Dismiss and Motion to Strike a Sham Pleading and Renewed Motion to Take Judicial Notice in Support Thereof" (Doc. No. 37), filed on December 15, 2012, is **DENIED without prejudice**.

2. In accordance with *Federal Rule of Civil Procedure* 12(a), Defendant **SHALL FILE** a responsive pleading to Plaintiff's First Amended Complaint.

**DONE** and **ORDERED** in Orlando, Florida on January 16, 2013.

*[signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record